CALLIE A. BJURSTROM (SBN 137816)
callie.bjurstrom@pillsburylaw.com
MICHELLE A. HERRERA (SBN 209842)
michelle.herrera@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone:   858.509.4000
Facsimile:   619.819.4363

Attorneys for Defendant and Counterclaimant
TOMO MORTGAGE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMOCREDIT, INC., | Case No. 25-cv-05472-CRB |
| Plaintiff, | DEFENDANT AND COUNTERCLAIMANT TOMO MORTGAGE, LLC'S NOTICE OF DISCOVERY DISPUTE AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE |
| vs. | |
| TOMO MORTGAGE, LLC, | |
| Defendant. | |
| | Hon. Charles R. Breyer |
| TOMO MORTGAGE, LLC, | |
| Counterclaimant, | |
| vs. | |
| TOMOCREDIT, INC., | |
| Counterdefendant. | |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaimant Tomo Mortgage, LLC files this Notice of Discovery Dispute to request a referral to a Magistrate Judge for assignment pursuant to the General Standing Order for Civil and Criminal Cases Before Judge Charles R. Breyer, Rule II.A.

Tomo Mortgage requests a referral to a Magistrate Judge to address deficiencies in Plaintiff and Counterdefendant Tomocredit, Inc.'s responses to Tomo Mortgage's First Set of Requests for Production of Documents, and refusal to produce documents responsive to Request Nos. 29-43, 49-60, and 65-69.

The parties have met and conferred, but were unable to reach a resolution.

Dated:  March 20, 2026

CALLIE A. BJURSTROM
MICHELLE A. HERRERA
PILLSBURY WINTHROP SHAW PITTMAN LLP


By:    /s/ Michelle A. Herrera
      Michelle A. Herrera
      Attorneys for Defendant and Counterclaimant
      TOMO MORTGAGE, LLC

-2-