Michael K. Friedland (SBN 157217)
michael.friedland@fciplaw.com
Nicole R. Townes (SBN 272342)
nicole.townes@fciplaw.com
Matt Pham (SBN 341320)
matt.pham@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave., Ste. 925
Irvine, CA 92614
(949) 734-4900

Attorneys for Plaintiff and Counterclaim-Defendant,
TomoCredit, Inc.

Callie A. Bjurstrom (SBN 137816)
callie.bjurstrom@pillsburylaw.com
Michelle A. Herrera (SBN 209842)
Michelle.herrera@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 509-4000
Facsimile: (619) 819-4363

Ranjini Acharya (SBN 290877)
Ranjini.acharya@pillsburylaw.com
Alexandria Marx (SBN 365496)
Alexandria.marx@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2400 Hanover Street
Palo Alto, CA 94304-1113
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendant and Counterclaimant,
Tomo Mortgage, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMOCREDIT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOMO MORTGAGE, LLC, a Delaware limited liability company,<br><br>Defendant. | Civil Action No. 3:25-cv-05472-CRB<br><br>JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE SCHEDULE |

TOMO MORTGAGE, LLC, a Delaware limited liability company,

Counterclaimant,

v.

TOMOCREDIT, INC., a Delaware corporation,

Counterdefendant

Plaintiff and Counterclaim-Defendant TomoCredit, Inc. ("TomoCredit") and Defendant and Counterclaimant, Tomo Mortgage, LLC ("Tomo Mortgage"), through their respective counsel of record, jointly submit the following stipulation and request to modify the case schedule set by the Court in the Case Management Scheduling Order dated December 16, 2025 (Dkt. 26). This Stipulation is made pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4) and L.R. 16-2. The Court has broad discretion to grant continuance of scheduling dates, and to direct the parties in a manner that expedites disposition of the action and facilitates settlement. As set forth herein, good cause exists for the Court to grant an extension of the case schedule.

The Parties have reached out to Magistrate Judge Sallie Kim and requested that she re-engage in discussions with each of the Parties to determine whether another settlement conference would be worthwhile. Judge Kim has spoken with Plaintiff's counsel and will be speaking with Defendant's counsel next week. Further, the Parties believe that it would be most efficient to conduct depositions after completion of ESI production and substantial completion of non-email document production. An extension of the case schedule would allow the parties time to complete ESI and document production before conducting depositions.

The Parties believe that there is good cause to extend the case schedule to allow for time for these ongoing settlement discussions and for the Parties to complete discovery in an efficient manner if the settlement discussions are not successful. Thus, the Parties request that the Court adopt the proposed schedule set forth below:

| EVENT | CURRENT DATE/TIME | PROPOSED DATE |
|---|---|---|
| Last day to substantially complete non-email document production | N/A | August 20, 2026 |
| Non-Expert Discovery Cut-Off | August 7, 2026 | October 23, 2026 |
| Initial Expert Reports by the Party bearing the Burden of Proof | August 28, 2026 | November 13, 2026 |
| Rebuttal Expert Reports | October 9, 2026 | December 4, 2026 |
| Expert Discovery Cut-Off | November 6, 2026 | January 8, 2027 |
| Last Day to Hear/File Dispositive Motions | December 11, 2026 | February 5, 2027 |

The Parties have not previously requested an extension of the case schedule. The parties have complied with the current dates and deadlines set forth in the Court's current case schedule, and none of the cut-off dates which the Parties are requesting to extend have passed. A continuance of the dates and deadlines would serve to avoid potentially unnecessary fees and costs, and to preserve judicial resources. To this end, the parties stipulate and propose a continuance of the dates as set forth above.

Dated: July 17, 2026

FRIEDLAND CIANFRANI LLP

By: *_/s/ Nicole R. Townes_*__________
Michael K. Friedland
Nicole R. Townes
Matt Pham
Attorneys for Plaintiff and Counterdefendant
TomoCredit, Inc.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:_/s/ _Alexadria Marx___________
Callie A. Bjurstrom
Michelle A. Herrera
Ranjini Acharya
Alexandria Marx
Attorneys for Defendant and Counterclaimant
Tomo Mortgage, LLC

## ATTORNEY ATTESTATION

I am the ECF User whose ID and password are being used to file this **STIPULATION REGARDING CASE SCHEDULE**. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: July 17, 2026

FRIEDLAND CIANFRANI LLP

By: */s/ Nicole R. Townes*
Michael K. Friedland
Nicole R. Townes
Matt Pham
Attorneys for Plaintiff and Counterdefendant TomoCredit, Inc.

**IT IS SO ORDERED**.

Dated: July 17, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE