Michael K. Friedland (SBN 157217)
michael.friedland@fciplaw.com
Nicole.townes@fciplaw.com
Matt Pham (SBN 341320)
**FRIEDLAND CIANFRANI LLP**
17901 Von Karman Ave., Ste. 925
Irvine, California 902614
(949) 734-4900

Jonathan A. Loeb (SBN 162758)
jonathan.loeb@blankrome.com
**BLANK ROME LLP**
2029 Century Park East, 6th Floor
Los Angeles, California 90067
(424) 239-3400

Craig Weiner (*pro hac vice* application forthcoming)
craig.weiner@blankrome.com
Joshua S. Reisberg (admitted *pro hac vice*)
josh.reisberg@blankrome.com
**BLANK ROME LLP**
1271 Avenue of the Americas
New York, New York 10020
(212) 885-5000

Attorneys for Plaintiff and Counterclaim-Defendant,
TomoCredit, Inc.

Callie A. Bjurstrom (SBN 137816)
callie.bjurstrom@pillsburylaw.com
Michelle A. Herrera (SBN 209842)
michelle.herrera@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
11682 El Camino Real, Suite 200
San Diego, California 92130
(858) 509-4000

Ranjini Acharya (SBN 290877)
ranjini.acharya@pillsburylaw.com
Alexandria Marx (SBN 365496)
alexandria.marx@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2400 Hanover Street
Palo Alto, California 94304
(650) 233-4500

Attorneys for Defendant and Counterclaimant,
Tomo Mortgage, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMOCREDIT, INC., a Delaware corporation<br>Plaintiff,<br>v.<br>TOMO MORTGAGE, LLC, a Delaware limited liability company,<br>Defendant. | Case No. 3:25-cv-05472-CRB<br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE SCHEDULE**<br>Complaint Filed: June 30, 2025 |

Plaintiff and Counterclaim-Defendant TomoCredit, Inc. ("TomoCredit") and Defendant and Counterclaimant, Tomo Mortgage, LLC ("Tomo Mortgage"), through their respective counsel of record, jointly submit the following stipulation and request to modify the case schedule set by the Court in the Case Management Scheduling Order dated December 16, 2025 (Dkt. 26), as modified by the Court's Order dated July 17, 2026 (Dkt. 45). This Stipulation is made pursuant to the Federal Rules of Civil Procedure 6(b) and 16(b)(4) and L.R. 16-2. The Court has broad discretion to grant continuance of scheduling dates, and to direct the parties in a manner that expedites disposition of the action and facilitates settlement.

The Parties believe good cause exists for the Court to grant an extension of the case schedule. The Parties are actively working to facilitate a settlement. Extending the case schedule by 60 days would allow time for the Parties to engage in ongoing settlement discussions and to efficiently complete remaining discovery, and prepare the case for dispositive resolution and/or trial to the extent settlement discussions are unsuccessful. Thus, the Parties request that the Court adopt the proposed schedule set forth below:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Non-Expert Discovery Cut-Off | October 23, 2026 | December 22, 2026 |
| Initial Expert Reports by the Party bearing the Burden of Proof | November 13, 2026 | January 12, 2027 |
| Rebuttal Expert Reports | December 4, 2026 | February 2, 2027 |
| Expert Discovery Cut-Off | January 8, 2027 | March 9, 2027 |
| Last Day to Hear/File Dispositive Motions | February 5, 2027 | April 6, 2027 |

The Parties previously requested and received an extension of the case schedule. *See* Dkt. Nos. 44 & 45. The Parties have heretofore complied with all deadlines, and none of the cut-off dates which the Parties are requesting to extend have passed. A continuance of the dates and deadlines above would serve to avoid potentially unnecessary fees and costs, and to preserve judicial resources. To this end, the Parties stipulate and propose a continuance of the dates as set

forth above.

Dated: September 28, 2026

BLANK ROME LLP

By: /s/ Joshua S. Reisberg
Jonathan Loeb
Craig Weiner
Joshua S. Reisberg

Attorneys for Plaintiff and
Counterdefendant TomoCredit, Inc.

PILLSBURY WINTHROP
SHAW PITTMAN LLP

By: /s/ Ranjini Acharya
Callie A. Bjurstrom
Michelle A. Herrera
Ranjini Acharya
Alexandria Marx

Attorneys for Defendant and
Counterclaimant Tomo Mortgage, LLC

## ATTORNEY ATTESTATION

I am the ECF User whose ID and password are being used to file this **JOINT STIPULATION AND PROPOSED ORDER REGARDING CASE SCHEDULE**. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: September 28, 2026

BLANK ROME LLP

By: /s/ Joshua S. Reisberg
Jonathan Loeb
Craig Weiner
Joshua S. Reisberg

Attorneys for Plaintiff and
Counterdefendant TomoCredit, Inc.

**IT IS SO ORDERED**.

DATED: September 29, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE